IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JENNIFER LYNN VIRDEN                                                         PLAINTIFF

v.                                                                              Civil No.: 3:21-CV-119-SA-DAS

KILOLO KIJAKAZI, Acting Commissioner
of the Social Security Administration                                 DEFENDANT

### ORDER

Now before the Court is the Commissioner's Unopposed Motion to Reverse and Remand [16], wherein "[t]he Social Security Administration requests that this Court remand to allow the agency to conduct further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991)." [16] at p. 1. The Commissioner further explains that remand is sought so that the ALJ can "reconsider the opinion evidence and then determine the plaintiff's residual function capacity." *Id*.

Having reviewed the request and the applicable authority, the Court finds the Motion [16] to be well-taken. The Motion [16] is GRANTED. It is hereby ORDERED that this cause be REMANDED pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of Court shall take all steps necessary to accomplish this remand. This CASE is CLOSED.

SO ORDERED this the 25th day of February, 2022.

                                                                         /s/ Sharion Aycock
                                                                         UNITED STATES DISTRICT JUDGE